# In the United States Court of Federal Claims

No. 09-173 L

LONGNECKER PROPERTY, et al.,
For Themselves As Representatives
of a Class of Similarly Situated
Persons

                                                            **JUDGMENT**

v.

THE UNITED STATES

Pursuant to the court's Order, filed December 16, 2014,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the following amounts: $7,060,144.96 in principal and $629,000.00 for reimbursement of attorneys' fees and costs pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970. Additionally, the plaintiffs shall receive interest on the principal at a 4.00% interest rate, compounding annually for the period between May 24, 2004 and the date of payment.  Class counsel is awarded a 35% fee of the award, excluding statutory attorneys' fees.

                                                           Hazel C. Keahey
                                                           Clerk of Court

**December 17, 2014**                  By:     s/ Debra L. Samler

                                                           Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.