# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *  *
LONGNECKER PROPERTY, et al., *
For Themselves As Representatives *
of a Class of Similarly Situated  *
Persons,                     *      No.  09-173L
                             *      Filed: February 10, 2017
            Plaintiffs,      *
      v.                     *
                             *
UNITED STATES,               *
                             *
            Defendant.       *
                             *
* * * * * * * * * * * * * *  *
```

### O R D E R

The court is in receipt of the parties' February 10, 2017 joint motion for entry of amended judgment. The parties' joint motion for entry of amended judgment is **GRANTED**. The Clerk of the Court shall enter **JUDGMENT** in the following amounts: $7,060,144.96 in principal and $629,000.00 for reimbursement of attorneys' fees and costs pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970. Additionally, the plaintiffs shall receive interest on the principal at a 4.00% interest rate, compounding annually for the period between May 24, 2004 and the date of payment.

**IT IS SO ORDERED**.

                                              s/Marian Blank Horn
                                              **MARIAN BLANK HORN**
                                                        **Judge**